UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TRACYE BENARD WASHINGTON, | 1:18-cv-00609-JLT (PC) |
|---|---|
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| D. HICKS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis as permitted by 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

**Within 45 days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 7, 2018**               **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

1