UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE B. WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. HICKS, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-0609 JLT PC<br><br>ORDER CLOSING CASE<br><br>(Doc. 10) |

Plaintiff initiated this action on May 3, 2018. Shortly thereafter, the Court granted his motion to proceed in forma pauperis and ordered the California Department of Corrections and Rehabilitation to deduct payments from plaintiff's trust account pursuant to 28 U.S.C. § 1915(b)(2). (ECF No. 6.)

Plaintiff has now filed a request to dismiss this case as a duplicate of another case previously filed in this court, <u>Washington v. Stark</u>, 1:18-cv-0564-LJO-SAB. A comparison of the pleadings filed in each case reveals that they are indeed duplicative of one another. Plaintiff's request will therefore be granted, as will his request that the fee payment order be withdrawn.

Based on the foregoing, the Court ORDERS:

1. The May 14, 2018 order directing the CDCR to make payments to the Court from plaintiff's prison trust account for payment of the filing fee for this action is VACATED;

1

2. The Clerk of Court is directed to refund to plaintiff the $10 already received for this action;

3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 20, 2018**__     _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE